BENJAMIN L. WEBSTER, Bar No. 132230
BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Attorneys for Defendant
BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES (erroneously sued as "COCA-COLA REFRESHMENTS USA, INC.")

NICHOLAS J. SCARDIGLI, Bar No. 249947
JOHN P. BRISCOE, Bar No. 273690
MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207
Telephone (209) 477-3833
Facsimile (209) 473-4818

Attorneys for Plaintiff
STANLEY REIF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STANLEY REIF,<br><br>        Plaintiff,<br><br>    v.<br><br>COCA-COLA REFRESHMENTS USA, INC., a corporation; and DOES 1-100 inclusive,<br><br>        Defendants. | Case No. 2:13-cv-00666-JAM-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT** |
|---|---|

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties BCI Coca-Cola Bottling Company of Los Angeles ("BCI") erroneously sued as COCA-COLA REFRESHMENTS USA, INC. and Plaintiff STANLEY REIF that:

The parties' current deadline to confer as required by Rule 26(f) of the Federal Rules of Civil Procedure and the corresponding deadline to submit a joint status report should be extended until after this Court's ruling on Plaintiff's motion to remand. The hearing for this motion is currently scheduled for June 19, 2013.

**IT IS SO STIPULATED:**

Dated: June 3, 2013

/s/ *John P. Briscoe (authorized on 06/03/13)*
NICHOLAS J. SCARDIGLI
JOHN P. BRISCOE
MAYALL HURLEY, P.C.
Attorneys for Plaintiff
STANLEY REIF

Dated: June 3, 2013

/s/ *Barbara A. Blackburn*
BENJAMIN L. WEBSTER
BARBARA A. BLACKBURN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES (erroneously sued as "COCA-COLA REFRESHMENTS USA, INC.")

**IT IS SO ORDERED:**

Dated: 6/3/2013

/s/ John A. Mendez
JOHN A. MENDEZ
JUDGE OF THE U. S. DISTRICT COURT

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:120630149.1 074184.1013      2.      Case No. 2:13-cv-00666-JAM-AC
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT