| | |
|---|---|
| 1 | BENJAMIN L. WEBSTER, Bar No. 132230 |
| | BARBARA A. BLACKBURN, Bar No. 253731 |
| 2 | LITTLER MENDELSON, P.C. |
| | 500 Capitol Mall, Suite 2000 |
| 3 | Sacramento, CA  95814 |
| | Telephone:     916.830.7200 |
| 4 | Fax No.:         916.561.0828 |

Attorneys for Defendant
BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES (erroneously sued as "COCA-COLA REFRESHMENTS USA, INC.")

NICHOLAS J. SCARDIGLI, Bar No. 249947
JOHN P. BRISCOE, Bar No. 273690
MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207
Telephone (209) 477-3833
Facsimile (209) 473-4818

Attorneys for Plaintiff
STANLEY REIF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY REIF, | Case No.  2:13-cv-00666-JAM-AC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO REMAND TO STATE COURT** |
| v. | |
| COCA-COLA REFRESHMENTS USA, INC., a corporation; and DOES 1-100 inclusive, | |
| Defendants. | |

Firmwide:121076604.1 074184.1013                                                              Case No. 2:13-cv-00666-JAM-AC

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO REMAND TO STATE COURT

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties Defendant BCI Coca-Cola Bottling Company of Los Angeles ("BCI") erroneously sued as COCA-COLA REFRESHMENTS USA, INC. and Plaintiff STANLEY REIF that:

Plaintiff's Motion for Remand to State Court pursuant to 28 U.S.C. § 1447, set for hearing on June 19, 2013, be continued to July 10, 2013, at 9:30 a.m. in Courtroom 6, Fourteenth Floor, before the Honorable John A. Mendez.

**IT IS SO STIPULATED:**

Dated: June 11, 2013

/s/ *John P. Briscoe (authorized on 06/11/13)*
NICHOLAS J. SCARDIGLI
JOHN P. BRISCOE
MAYALL HURLEY, P.C.
Attorneys for Plaintiff
STANLEY REIF

Dated: June 11, 2013

/s/ *Barbara A. Blackburn*
BENJAMIN L. WEBSTER
BARBARA A. BLACKBURN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES (erroneously sued as "COCA-COLA REFRESHMENTS USA, INC.")

**IT IS SO ORDERED:**

Dated: 6/11/2013

/s/ John A. Mendez
JOHN A. MENDEZ
JUDGE OF THE U. S. DISTRICT COURT

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:121076604.1 074184.1013    2.    Case No. 2:13-cv-00666-JAM-AC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO REMAND TO STATE COURT

PDF created with pdfFactory trial version www.pdffactory.com