1  BENJAMIN L. WEBSTER, Bar No. 132230
   BARBARA A. BLACKBURN, Bar No. 253731
2  LITTLER MENDELSON, P.C.
   500 Capitol Mall, Suite 2000
3  Sacramento, CA  95814
   Telephone:    916.830.7200
4  Fax No.:      916.561.0828

5  Attorneys for Defendant
   BCI COCA-COLA BOTTLING COMPANY OF
6  LOS ANGELES (erroneously sued as "COCA-
   COLA REFRESHMENTS USA, INC.")
7
   NICHOLAS J. SCARDIGLI, Bar No. 249947
8  JOHN P. BRISCOE, Bar No. 273690
   MAYALL HURLEY
9  A Professional Corporation
   2453 Grand Canal Boulevard
10 Stockton, California 95207
   Telephone (209) 477-3833
11 Facsimile (209) 473-4818

12 Attorneys for Plaintiff
   STANLEY REIF

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| STANLEY REIF,<br><br>              Plaintiff,<br><br>        v.<br><br>COCA-COLA REFRESHMENTS USA, INC., a corporation; and DOES 1-100 inclusive,<br><br>              Defendants. | Case No.  2:13-cv-00666-JAM-AC<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO REMAND TO STATE COURT** |
|---|---|

Firmwide:121076604.1 074184.1013                                                                                    Case No. 2:13-cv-00666-JAM-AC

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO REMAND TO STATE COURT

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties Defendant BCI Coca-Cola Bottling Company of Los Angeles ("BCI") erroneously sued as COCA-COLA REFRESHMENTS USA, INC. and Plaintiff STANLEY REIF that:

Plaintiff's Motion for Remand to State Court pursuant to 28 U.S.C. § 1447, set for hearing on June 19, 2013, be continued to July 10, 2013, at 9:30 a.m. in Courtroom 6, Fourteenth Floor, before the Honorable John A. Mendez.

**IT IS SO STIPULATED:**

Dated: June 11, 2013

/s/ *John P. Briscoe (authorized on 06/11/13)*
NICHOLAS J. SCARDIGLI
JOHN P. BRISCOE
MAYALL HURLEY, P.C.
Attorneys for Plaintiff
STANLEY REIF

Dated: June 11, 2013

/s/ *Barbara A. Blackburn*
BENJAMIN L. WEBSTER
BARBARA A. BLACKBURN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES (erroneously sued as "COCA-COLA REFRESHMENTS USA, INC.")

**IT IS SO ORDERED:**

Dated:  6/11/2013

/s/ John A. Mendez
JOHN A. MENDEZ
JUDGE OF THE U. S. DISTRICT COURT

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

Firmwide:121076604.1 074184.1013      2.      Case No. 2:13-cv-00666-JAM-AC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO REMAND TO STATE COURT

PDF created with pdfFactory trial version www.pdffactory.com