1  MAYALL HURLEY
   A Professional Corporation
2  2453 Grand Canal Boulevard
   Stockton, California 95207-8253
3  Telephone (209) 477-3833
   NICHOLAS J. SCARDIGLI
4  CA State Bar No. 249947
   JOHN P. BRISCOE
5  CA State Bar No. 273690

6  Attorneys for Plaintiff, STANLEY REIF

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12 | STANLEY REIF,                              | Case No.: 2:13-CV-00666-JAM-AC
13 |        Plaintiff,                          | ORDER GRANTING PLAINTIFF'S
   |                                            | MOTION FOR REMAND TO STATE
14 | v.                                         | COURT PURSUANT TO 28 USC § 1447
15 | COCA-COLA REFRESHMENTS USA,
   | INC., a corporation; and DOES 1-100,       | DATE:   July 10, 2013
16 | inclusive;                                 | TIME:   9:30 a.m.
   |                                            | JUDGE:  Hon. John A. Mendez
17 |        Defendants.                         | LOCATION: Courtroom 6, Fourteenth Floor

18

19       On July 10, 2013, at 9:30 a.m., in Courtroom 6 of the above-titled Court, the Honorable

20 John A. Mendez presiding, hearing was held on Plaintiff Stanley Reif's motion for remand to

21 state court, pursuant to 28 USC § 1447.  John P. Briscoe appeared on behalf of the Plaintiff, and

22 Barbara Blackburn appeared on behalf of Defendant BCI Coca-Cola Bottling Company of Los

23 Angeles.

24       Having read the moving papers, the opposition, the reply, and having heard argument of

25 counsel, the Court finds that the removing Defendant has not demonstrated by a preponderance

26 of the evidence that the amount in controversy exceeds $75,000.  As such, this Court lacks

27

28

Order Granting Motion for Remand to State Court Pursuant to 28 USC § 1447 –
Case No.: 2:13-cv-00666-JAM-AC
Page 1

1 | diversity jurisdiction pursuant to 28 USC § 1332, and this case is hereby remanded to the
2 | Superior Court for Stanislaus County.
3 |     IT IS SO ORDERED.
4 |     DATED: 7/29/2013

/s/ John A. Mendez_____
United States District Court Judge

---

Order Granting Motion for Remand to State Court Pursuant to 28 USC § 1447 –
Case No.: 2:13-cv-00666-JAM-AC
Page 2