**MAYALL HURLEY**
**A Professional Corporation**
**2453 Grand Canal Boulevard**
**Stockton, California 95207-8253**
**Telephone (209) 477-3833**
**NICHOLAS J. SCARDIGLI**
**CA State Bar No. 249947**
**JOHN P. BRISCOE**
**CA State Bar No. 273690**

**Attorneys for Plaintiff, STANLEY REIF**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STANLEY REIF,** | Case No.: **2:13-CV-00666-JAM-AC** |
| **Plaintiff,** | **AMENDED ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND TO STATE COURT PURSUANT TO 28 USC § 1447** |
| v. | |
| **COCA-COLA REFRESHMENTS USA, INC., a corporation; and DOES 1-100, inclusive;** | |
| **Defendants.** | **DATE:   July 10, 2013**<br>**TIME:    9:30 a.m.**<br>**JUDGE:  Hon. John A. Mendez**<br>**LOCATION:  Courtroom 6, Fourteenth Floor** |

On July 10, 2013, at 9:30 a.m., in Courtroom 6 of the above-titled Court, the Honorable John A. Mendez presiding, hearing was held on Plaintiff Stanley Reif's motion for remand to state court, pursuant to 28 USC § 1447.  John P. Briscoe appeared on behalf of the Plaintiff, and Barbara Blackburn appeared on behalf of Defendant BCI Coca-Cola Bottling Company of Los Angeles.

Having read the moving papers, the opposition, the reply, and having heard argument of counsel, the Court finds that the removing Defendant has not demonstrated by a preponderance of the evidence that the amount in controversy exceeds $75,000.  As such, this Court lacks

1  diversity jurisdiction pursuant to 28 USC § 1332, and this case is hereby remanded to the

2  Superior Court for San Joaquin County.

3       IT IS SO ORDERED.

4       DATED:  7/30/2013

5                                        /s/ John A. Mendez_____
                                         United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28